United States District Court
Southern District of Texas
FILED

JUN 2 8 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHNIP S.A., ) <br> ) <br> Defendant. ) <br> ) | Criminal No. H-10-439 |

# NOTICE OF RELATED CASE
# AND MOTION TO TRANSFER

The United States of America, by and through its undersigned attorneys, respectfully submits notice that the above-styled criminal case is closely related to three other cases currently before the Honorable Judge Keith P. Ellison. The above-referenced case is related to United States v. Albert Jackson Stanley, Cr. No. 08-597, in which the defendant has pleaded guilty and is awaiting sentencing; United States v. Kellogg Brown & Root LLC, Cr. No. 09-071, in which the defendant has pleaded guilty, has been sentenced, and is serving a term of organizational probation; and United States v. Jeffrey Tesler & Wojciech Chodan, Cr. No. 09-098, in which the United States has requested the defendants' extradition from the United Kingdom.

1

In the interest of judicial economy, the United States submits that the above-referenced case should be assigned to Judge Ellison because it involves the same conspiracy and criminal conduct as the three related cases already assigned to Judge Ellison. The defendant in <u>United States v. Albert Jackson Stanley</u>, Cr. No. 08-597, and the defendant in <u>United States v. Kellogg Brown & Root LLC</u>, Cr. No. 09-071, each pleaded guilty to, among other charges, a conspiracy count charging the same conspiracy with which the defendant is charged in the above-referenced case. Similarly, the defendants in <u>United States v. Jeffrey Tesler & Wojciech Chodan</u>, Cr. No. 09-098, are charged with, among other things, a conspiracy count charging the same conspiracy with which the defendant is charged in the above-referenced case.

WHEREFORE, in the interest of judicial economy, the United States respectfully requests that <u>United States v. Technip S.A.</u> be transferred to the Honorable Judge Keith P. Ellison.

                                        Respectfully submitted,

                                        DENIS J. MCINERNEY
                                        CHIEF, FRAUD SECTION
                                        CRIMINAL DIVISION
                                        U.S. DEPARTMENT OF JUSTICE

By:    */s/ William J. Stuckwisch*
         William J. Stuckwisch
         Acting Assistant Chief
         D.C. Bar No. 457278
         Patrick F. Stokes
         Deputy Chief
         Maryland State Bar

         Fraud Section, Criminal Division
         U.S. Department of Justice
         1400 New York Avenue, NW
         Washington, DC 20530
         Tel: (202) 353-2393
         Fax: (202) 514-0152